Print Name: **Steven Amir Parsi**
Sid #: **15750622**
**Snake River Correctional Institution**
**777 Stanton Blvd**
**Ontario ,OR 97914**
     **Pro Se Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF OREGON

| | |
|---|---|
| **STEVEN AMIR PARSI,** ) | |
| ) | **Case No.**  2:18-cv-01970-AC |
|     **Plaintiff(s)** ) | |
| ) | **PRISONER CIVIL** |
| ) | **RIGHTS COMPLAINT** |
| ) | |
| **v.** ) | |
| ) | |
| ) | **JURY DEMAND** |
| **BENAVIDEZ,** ) | |
| ) | |
| **GARRET LANEY.** ) | |
| ) | |
|     **Defendant(s)** ) | |

## I.

I Steven Amir Parsi Plaintiff have no other cases, actions, or appeals, nor have I ever filed any in a United States Court.

## II.

I have gone through and completed the institutions grievance process exhausting in house remedies.

Page 1 of 9  CIVIL RIGHTS COMPLAINT

### III. PARTIES

**Steven** Amir Parsi

SID# 15750622

777 Stanton Blvd

Ontario, Or 979914

**Pro SE  Plaintiff.**


Mr. Benavidez, a Correctional Officer at Oregon State Correction Institution Salem,

Oregon.

**DEFENDANT.**


Mr. Garret Laney, Superintendent at Oregon State Correctional Institution Salem, Oregon

**DEFENDANT.**


### IV.  STATEMENT OF CLAIMS.

### CLAIM 1

My 8th amendment right to be free from cruel and unusual punishment was

violated by Correctional Officer Benavidez on 8/6/18 at Oregon state Correctional

Institution when he he acted with a wanton amount of force against me the plaintiff. C/O

Benavidez grabbed me from behind while I was facing a wall, lifted me off my feet, and

drove me face first into the ground. C/O Benavidez's physical assault continued as he

used what I assume was his forearm to grind my face agonizingly against the concrete

floor. This part of the assault took place while I was laying prone, saying and doing

nothing, with C/o Benavidez on my back. These unprovoked actions by C/O Benavidez

are not standard operating procedure. In fact they were so violent that they resulted in me

braking a dental implant while wearing a sports mouth guard, which also broke as a result

of officer Benavidez's brutal handiwork. I also  obtained swelling and bruises to my head

and face in the hours ensuing. This incident happened after I was in compliance to C/O

Benavidez's direct verbal order to "stop fighting and face the wall" away from inmate

Marco Villarreal SID# 14431659. This was a one sided, approx five to ten second fight,

where inmate Villarreal did not get a chance to hit me back. The injuries that I obtained

from C/O Benavidez's ruinous violence has caused me on going pain in my mouth. I'm

also experiencing anxiety and worry over irreparable damage to my front tooth (i.e.

implant) and gum line. The cost to attempt to fix these issues is stressful and burdensome

due to the fact that the dentist here at the prison can not fix dental implants and the

financial responsibility lies upon me and my family.


### SUPPORTING FACTS:

On Aug 6/2018 I was released from OSCI's DSU cell 21, bottom bunk, where I

resided with inmate Dakota Miars, top bunk. Upon release I went to OSCI's clothing to be

outfitted for general population. While there I attacked inmate Marco Villarreal SID #

14431659, AKA Nino. Inmate Villarreal fell to the ground and appeared to be dazed so I

backed off him. At this point I heard C/O Benavidez give me a direct  verbal order to stop

fighting and face the wall. I complied, moved further away from inmate Villarreal, and faced the wall. I then waited expecting to be handcuffed behind my back.

C/O Benavidez's stopped to check on inmate Villarreal for a couple seconds. I heard C/O Benavidez say something to the affect of " Nino are you OK?". During this time I was still facing the wall.

C/O Benavidez then approached me, grabbed me from behind, lifted me off my feet, and dumped me face first on the ground. This caused me to slam my face on the concrete floor. Once on the ground C/O Benavidez said "you're not going to fu--ing assault my inmates" and then proceeded to smash the back of my head with his forearm so that my face was roughly grinding against the concrete floor. I offered no resistance and stayed silent so I didn't provoke C/O Benavidez.

This slamming and grinding my face on the concrete ground caused me a lot of pain. I felt and heard cracking coming from my mouth as this assault continued. I became very worried that my front teeth were braking.

At this time i heard C/O Benavidez tell inmate Villarreal "don't worry, you didn't do anything. Stand against the wall Nino". C/O Benavidez then put handcuffs on my wrist as I lied underneath him.

I was then escorted to DSU. Once there a nurse came to give me a check up. She asked me if I had any medical issues? I said "yeah, I'm pretty sure that my Tooth is broken". I could feel it loose and wobbling around in my mouth along with constant pain.

The nurse then asked me to open my mouth and said " let me see". She then said "let me see you move the tooth". I refused afraid that I might cause further damage and have the tooth fall out. Upon my refusal the nurse turned abruptly and said to the DSU intake officer "he has no medical issues".

I was then Photographed and escorted back to my previous DSU cell that I shared with Dakota Miars. During the walk to the DSU cell an officer that was behind me said " you know why he went hard on you, right? Cause there's no cameras in the clothing room". This was in obvious reference to the incident that just happened.

Locked back in the cell with Dakota Miars, Dakota said "Damn bro your face is starting to swell up". This was in reference to my left side cheek and eyebrow. I told Dakota that C/O Benavidez also broke my tooth, which is a dental implant, while wearing my mouth guard. The tooth was getting more and more loose every time my tongue seem to touch it and I showed my cellmate this, accidentally, by touching it with my finger. This caused me to worry greatly about all the implications, including, that the implant might be loose from the bone, to what was going to happen to my gum line. The anxiety of how I was going to contact a dentist from the hole was overwhelming.

Page 5 of 9  CIVIL RIGHTS COMPLAINT

After being in my DSU cell for over an hour the pain in my jaw was becoming unbearable and very hard to stand. I and my cellmate then yelled for officer assistance in hopes of getting me some real medical attention (i.e. dental). After approximately five minutes of repeated calling, an officer came down the tier to see what we wanted. I told him that I was in serious pain and needed to see to see a dentist. He promised me that he would see what he could do . He never returned. After another hour or so of waiting, my cellmate took it upon himself to call for medical attention for me. Eventually a different officer responded  and told me that he would call the nurse. Approximately three hours later a nurse came to give my cellmate his scheduled medication an I took the opportunity to tell her about my issue. The nurse told me to fill out an inmate communication form (AKA kyte) to dental, but also said that she would send the OSCI dentist a referral for me.

Approximately one day passed and I asked Dakota Miars to write me an affidavit documenting my injuries. Dakota then wrote said affidavit an I sent it to my mom who lives in Arizona for safe keeping.

On August 8/ 2018 I saw the Institution dentist at OSCI. The dentist  told me after taking a X-ray that there was some dark spots around the implant, but he assumed that the post was what was broken. He told me that I would need to seek outside care to fix my tooth and that he would start the necessary process on the institutions end. Before I left I told him about my pain and also worry about my gum line. He responded by saying that the pain was normal considering that I had been slammed on my face and that it was a

common thing to loose gum line after an injury, but he could not fix it. That would take a specialist.

Some days Later C/O Benavidez was Working in DSU. During lunch time meal tray pick up he stopped at my cell and said to my cellmate Dakota Miars, who was handing him out our trays, "don't you know the average person has thirty two teeth in their head". C/O Benavidez then snickered and walked off. My cellmate knew that this was the officer that broke my tooth and that C/O Benavidez was trying to further torment me about the incident. Dakota Miars then wrote me another affidavit on C/O Benavidez's comment. I took said affidavit and sent it to my mom in Arizona for safe keeping.

On August 22/ 2018 I was transferred to Snake River Correctional Institution DSU.

On August 27/ 2018 I saw the dentist at SRCI. The SRCI dentist told me that my implant tooth and surrounding bone had taken more damage than eluded to by the dentist at at OSCI. I told the the SRCI dentist that the OSCI dentist had said that it was probably the post that was broken. The SRCI dentist replied by saying " I'm not going to to lie to you and tell you what you want to hear, I'm going to tell you the truth". He then went on to explain to me that I had sustained damage to the surrounding bone, causing the implanted screw that is embedded in my bone to come loose. He also said that in his opinion this damage was irreparable because of the lack of bone to anchor to. He started the process so my family could purchase outside care for me at this time.

Page 7 of 9  CIVIL RIGHTS COMPLAINT

On approximately September 5/ 2018 the tooth fell out exposing the broken dental hardware under the crown.

## CLAIM II

Upon information and belief my 8th amendment right to be free from cruel and unusual punishment was violated by Mr. Garret Laney, superintendent at Oregon state Correctional institution.

## SUPPORTING FACTS:

While recounting the incident described in claim one with my cellmate Dakota Miars, while in DSU at OSCI, Dakota Miars alerted me to another assault that C/O Benavidez had allegedly perpetrated. This assault allegedly involved another officer John Doe AKA C/O Cornell. It is my belief at this time that C/O Benavidez was administratively investigated for this assault. It is my assertion that Superintendent Garret Laney knew about C/O Benavidez's propensity for inappropriate an assaultive behavior, but still chose to employ C/O Benavidez and therefore, gave rise and opportunity to a cruel environment for me, where I was unusually punished. This egregious negligence caused me bodily harm in the braking of my front tooth (i.e. A dental implant).

## V. RELIEF.

## V. RELIEF.

I respectively request that this court grant me:

- $ 15000 in compensatory damages.

- $ 15000 in punitive damages.

- Order the defendants to pay reasonable cost for court fees incurred on my behalf.

I declare under penalty of perjury that the above information true and correct.

12-10-18

DATE

SIGNATURE OF APPLICANT

STEVEN AMIR PARSI

PRINTED NAME OF APPLICANT

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

STEVEN AMIR PARSI

**(b)** County of Residence of First Listed Plaintiff MALHEUR
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

PRO SE PLAINTIFF

## DEFENDANTS BENAVIDEZ, GARRET LANEY.

County of Residence of First Listed Defendant MARION
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 345 Marine Product | Liability | | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Med. Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | Sentence | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 530 General | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Employment | ☒ 550 Civil Rights | ☐ 463 Habeas Corpus - | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | |
| | Other | ☐ 560 Civil Detainee - | (Prisoner Petition) | | |
| | ☐ 448 Education | Conditions of | ☐ 465 Other Immigration | | |
| | | Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC SECTION 1983

Brief description of cause:
WANTON USE OF FORCE BY PRISON OFFICIAL ON PLAINTIFF.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 30,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE                    DOCKET NUMBER

DATE
12-10-18

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

Form 39.030

Case Name: Parsi v. Benavidez et al
Case Number: 2:18-cv-01970-AC

# EXHIBITS:

1. Broken tooth   (photo copy).
2. Cracked mouth guard  (photo copy).
3. Cracked mouth guard (photo copy).
4. Institutional Grievance  (2 pages).
5. Grievance response
6. Health care request for broken tooth while at OSCI.
7. Affidavit made by Dakota Miars on 8/9/18
8. Affidavit made by Dakota Miars on 8/13/18
9. Misconduct report written by C/O Benavidez stating that he assisted me to the ground after I was compliant to his verbal order. (This is when I sustained injury).

EXHIBT # 1



EXHIBIT #2

EXHBIT #3

EXHIBIT # 4

*Grievance #* OSCI- 2018-09-009
*Staff Use Only*

# GRIEVANCE FORM

Inmate: PARSI    STEVEN                    15750622    DSU-B-5B
Last    First    Initial    SID#    Cell/Block/Bunk #

Reason for grievance: (check all that apply)

- [X] Misapplication of any administrative directive or operational procedure
- [ ] The lack of an administrative directive or operational procedure
- [X] Any unprofessional behavior or action which may be directed toward an inmate by an employee, contractor, or volunteer of the Oregon Department of Corrections or the Oregon Corrections Enterprises
- [ ] Any oversight or error affecting an inmate
- [ ] A program failure as defined in the DOC rule on Performance Recognition and Award System (Inmate), OAR 291-077-0020, unless the program failure is a direct result of a misconduct report where the inmate was found in violation
- [ ] The loss or destruction of property as designated in the DOC rule on Personal Property (Inmate), OAR 291-117-0130(3)
- [ ] Sexual contact, solicitation or coercion between an employee, volunteer or contractor and an inmate

Please provide the date/time of incident giving rise to grievance: 3/6/18  (OSCI)

List in detail all the reasons for your grievance. Use multiple grievance forms if necessary. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

RAKE & ALSO BUMPS & BRUISES TO FORM ON MY HEAD, THIS INCIDENT IS STILL PHYSICALLY PAINFUL TO ME. I AM NOW WORRIED ABOUT UNREPAIRABLE DAMAGE TO MY GUMLINE & FUTURE EXPENSE FOR OUTSIDE DENTAL COST, (THE DENTIST AT OSCI SAID THAT HE COULDN'T FIX IT.) I WOULD LIKE MY DSU CELLMATE AT OSCI DAKOTA MIARS QUESTIONED AS TO MY GENERAL CONDITION WHEN I LEFT OUR CELL (BEFORE THE INCIDENT) & WHAT INJURIES I HAD SUSTAINED BY THE TIME I RETURNED (15 MINUTES LATER). ALSO I WOULD LIKE AIC DAKOTA MIARS QUESTIONED SO HE CAN WITNESS TO THE HARRASSMENT I HAD TO ENDURE AS OFFICER BIENVINIDEZ WORKED IN THE HOLE & MADE COMMENTS SUCH AS "A NORMAL PERSON HAS 32 TEETH IN HIS HEAD." THIS I BELIEVE SHOWS BIENVINIDEZ'S PRIDE IN HIS PHYSICALLY ASSUALTIVE ACTIONS WHILE ALSO DISPLAYING A LACK OF NATURAL DECENCY, AND UNCARING ATTITUDE FOR FOLLOWING PROCEDURE (IE. OAR USE OF FORCE STANDARD).

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

TO RESOLVE THIS GRIEVANCE I WOULD NEED TO BE SENT TO MY OUTSIDE DENTIST "DR HAMMER OF TODAYS DENTISTRY" NAMPA FOR REPAIR & ALSO GIVEN CONSULTATION & REPAIR OF MY GUMLINE FROM A PERIODONTIST. THE COST OF TRANSPORT & REPAIR FOR THESE TRIPS WOULD NEED TO BE COVERED EITHER BY ODOC OR OFFICER BIENVINIDEZ, THESE REPAIRS WOULD ALSO NEED TO BE MADE IN A TIMELY MANNER (BY 10/1

8/26/18
Date

S R J
Inmate Signature

PG 2 OF 2

Distribution:
White (Original grievance form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)
Goldenrod (Inmate copy)

*For grievance information see back page*

| Receiving Facility (if not processing facility) | Received at Processing Facility |
|---|---|
| | |
| Date Stamp | Date Stamp |

EXHIBIT # 4

Grievance # OSCI-2018-09-009
Staff Use Only

## GRIEVANCE FORM

Inmate: PARSI          STEVEN                    15750622    DSU-B-5B
        Last          First          Initial    SID#        Cell/Block/Bunk #

Reason for grievance: (check all that apply)

[X] Misapplication of any administrative directive or operational procedure
[ ] The lack of an administrative directive or operational procedure
[X] Any unprofessional behavior or action which may be directed toward an inmate by an employee, contractor, or volunteer of the Oregon Department of Corrections or the Oregon Corrections Enterprises
[ ] Any oversight or error affecting an inmate
[ ] A program failure as defined in the DOC rule on Performance Recognition and Award System (Inmate), OAR 291-077-0020, unless the program failure is a direct result of a misconduct report where the inmate was found in violation
[ ] The loss or destruction of property as designated in the DOC rule on Personal Property (Inmate), OAR 291-117-0130(3)
[ ] Sexual contact, solicitation or coercion between an employee, volunteer or contractor and an inmate

Please provide the date/time of incident giving rise to grievance: 8|6|18   (OSCI)

List in detail all the reasons for your grievance. Use multiple grievance forms if necessary. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On 8|6|18 WHILE IN COMPLIANCE TO A DIRECT VERBAL ORDER TO "STOP FIGHTING & FACE THE WALL" MADE BY OSCI CORRECTIONAL OFFICER BIENVINIDEZ I WAS GRABBED FROM BEHIND, SLAMMED ON MY FACE, & THEN GRINDED BY WHAT I ASSUME WAS OFFICER BIENVINIDEZ'S FOREARM TO THE BACK OF MY HEAD SO THAT MY MOUTH & FACE WAS FURTHER SMASHED AGONIZINGLY INTO THE GROUND. THIS HAPPENED AS I LAYED PRONE ON MY STOMACHE, SAYING NOTHING, & PUTTING UP NO RESISTANCE. THIS WANTON USE OF FORCE IS STATED AS "I ASSISTED THE INMATE TO THE GROUND" BY OFFICER BIENVINIDEZ IN MISCONDUCT REPORT #1808 OSCI 0012 OSC134. THIS APPLICATION OF WANTON FORCE HAPPENS AFTER HE STATES THAT I HAD ALREADY COMPLIED TO HIS VERBAL ORDER (SAME MISCONDUCT REPORT). THESE ACTION BY OFFICER BIENVINIDEZ CAUSED MY DENTAL IMPLANTED TOOTH TO

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

* NOTE: OFFICER BIENVINIDEZ'S NAME          CONTINUED SEE ATTACHED
MIGHT BE SPELT WRONG. I DO NOT HAVE         GRIEVANCE FORM PG 1 OF 2
ACCESS TO HIS NAME AT THIS TIME. HE IS THE
SUBMITTING OFFICER TO DR # 1808 OSCI 0012 OSC134

8/26/18                                     S-R
Date                                        Inmate Signature

Distribution:
White (Original grievance form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)
Goldenrod (Inmate copy)

For grievance information see back page

Receiving Facility
(if not processing facility)

Received by SRCI
Grievance Processing

SEP 18 2018

Sent to_____

Received at Processing Facility

Received by SRCI
Grievance Processing

AUG 28 2018

Sent to OSCI
Date Stamp

CD 117 (11/14)

# Oregon Department of Corrections (ODOC)

EXHIBIT 5    Oregon State Correctional Institution
Returned Grievance Form

**To:** Parsi, Steven         **SID #:** 15750622        **Cell:** SRCI:DSB05B
**From:** Corrigan, R          **Date:** 09/07/2018

**Re:** Non-Medical# OSCI_2018_09_009

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Misconduct reports, investigations leading to or arising from misconduct reports, disciplinary hearings, findings, sanctions

A grievance that has been returned to the inmate by the grievance coordinator for procedural reason cannot be appealed.

If you have any questions regarding grievances, please refer to the Department of Corrections Administrative Rule "Inmate Communication and Grievance Review System" tab #109 located in the Legal Library.

Received by SRCI
Grievance Processing

SEP **1 8** 2018

Sent to_____

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

# NON-EMERGENCY HEALTH CARE REQUEST

Name: _STEVEN PARSI_   State ID#: _15750622_   Housing: _DS-21B_   Date: _8-6-18_

EXHIBIT 6

## Medications:
❏ I have not received my prescription
❏ My prescription is about to expire
❏ My prescription is not helping

## Glasses
❏ Eye exam for glasses
❏ Repair

## Vaccines
❏ Hepatitis A/B
❏ Flu
❏ Pneumonia
❏ Shingles
❏ HIV Test
❏ Hepatitis C Test

## Other Function
❏ BP check
❏ Test result request
❏ Is my appointment still scheduled?

❏ Other issues – not sick:
_DENTAL._

Health Care request, issue, concern, or sickness:

_I HAVE AN EMERGENCY DENTAL ISSUE._
_I WAS IN AN ALTERCATION & WAS SLAMMED ON MY FACE_
_& BROKE A DENTAL IMPLANT & NOW MY FACE IS IN REAL PAIN IN_
_THAT AREA._
_THIS INCIDENT HAPPENED TODAY 8-6-18_

**Received**

AUG 07 2018

We have taken the following actions in response to your health service request:

❏ You will be scheduled to see: ⭕ Provider      ⭕ Nursing staff

❏ Your request has been forwarded to: ⭕ Manager      ⭕ Optometry   ⭕ Support Services   ⭕ BHS
⭕ Pharmacy Technician  ⭕ See attached health education handout

Additional Comments: _Scheduled Ned._

Responder's Signature: _[signature]_      Date: _8/8/18_

(AFFiDAVIT)   EXHIBT #7

I, DAKOTA T MIARS, Being of sound mind do swear to the following facts. On 8-6-18 my cellmate Stelen Rorsi15750622 of 9 days was released from the hole. Stelen was gone for 15-20 minutes before coming back to my cell in DSU. I asked him what happened & he said that he had gotten into an alteration w/ another dude in the clothing room. At this time I noticed that Stelen had a lump rising above his left eyebrow and also one on his left cheek below his eye. Stelen complained to me that his front tooth was broken in which I asked to see it. I looked at his teeth & he touched the tooth and it moved when he touched it. Stelen asked me to please yell for medical assistance because his mouth was in pain which I did yell for assistance. When waiting for somebody to come to our cell Stelen told me that after the fight, he was standing facing the wall as the C.O. ordered. The same guard grabbed him from behind and slammed him face first into the ground & that is where he had gotten his injuries from. Eventally the guard(s) came to our cell—DSU-21— for medical attention. The guard told Stelen that medical had been notified. Stelen was seen two days later for his injuries by Dental staff.

Signed: DAKOTA MIARS   8-9-1

8-13-18

(AFFiDAVit) EXHIBIT
#8

I, DAKota T MiADS #1796668, AM
wRiting This in regards To A
comment That Stated The following-
Did you Know That The Average sclult
HAS 32 Teeth in their mouth? This was
Said By oregon State correctional officer
Benikedes, That Statement Made
me Think That the comment was
directed to my cellmate Stelen PASS #5750622
WHO HAd his Face "Bounced" off The
ground, ~~~~~~ By CO Benikedes, Thus
resulting stelens Tooth To be Broken.

Signed Dakota miads

8-13-18 6:00 P.M.

# OREGON DEPARTMENT OF CORRECTIONS
## MISCONDUCT REPORT

EXHIBIT #9

CASE #.



INMATE NAME:Parsi, Steven       SID#:15750622              HOUSING:DS-21B
                                ASGNMT:

FACILITY: OSCI              DATE:8-6-2018    TIME: 10:30AM

LOCATION OF VIOLATION:
**Charge(s)** WRITE IN THE APPROPRIATE RULE(s)

| 2.05.3 | Inmate Assault I | Major | | 4.45 | Unauthorized Org. I | Major |
|---|---|---|---|---|---|---|
| Rule # | Title of Rule | Major/Minor | | Rule # | Title of Rule | Major/Minor |
| Rule # | Title of Rule | Major/Minor | | Rule # | Title of Rule | Major/Minor |
| Rule # | Title of Rule | Major/Minor | | Rule # | Title of Rule | Major/Minor |

**NARRATIVE OF VIOLATION** (Explain how the facts were discovered/learned and who, what when, where and how):
On the above date and time I was talking to Inmate Villarreal, Marco #14431659 in the clothing room at the officer's area. Inmate Parsi, Steven #15750622 came into the clothing room a few minutes earlier to get dressed in because he had just been released from DSU. I was mid conversation with Inmate Villarreal and that is when Inmate Parsi yelled "South Side. Inmate Parsi is a documented gang member ( South Side Sureno) on the DOC400. When Inmate Parsi started attacking Inmate Villarreal, I called for assistance in the clothing room. After I called for assistance I came towards the fight and told Inmate Parsi to stop fighting. Inmate Parsi stopped fighting and I assisted him to the ground and waited for assistance. Corporal Rodriguez arrived and helped me detained both inmates. Other staff members arrived shortly after that and both inmates were escorted to DSU.

Inmate Parsi attacked Inmate Villarreal with approximately 8 inmate workers in the clothing room present. This unilateral attack on another inmate creates a threat to the safety, security, or orderly operation to the facility.

DISPOSITION OF PHYSICAL EVIDENCE:N/A

STAFF WITNESSES:N/A

IMMEDIATE ACTION TAKEN:Inmate taken to DSU and DR was written.

SUBMITTED BY:C/O BenavidezTIME:9:00  am/pm            DATE:8/7/2018
PRINTED NAME                        SIGNATURE: Benn      C/O    TITLE:

REVIEWING SUPERVISOR: W. Fanger    TIME:10:45 am/pm   DATE: 08/07/2018
PRINTED NAME                        SIGNATURE: W. Fanger          TITLE:

*************** PLACED IN HOLDING STATUS ***********

As Officer-in-Charge, I have reviewed the foregoing "Report of Misconduct" and find that the rule violation(s) is/are of such a serious nature that the good order and security of the facility require immediate removal of the inmate and placement in segregation status because: Inmates actions required DSU placement

Placed in segregation by: W. Fanger    TIME:10:45 am/pm   DATE: 08/07/2018

PRINTED NAME:                       SIGNATURE: W. Fanger           TITLE:

Pre-hearing segregation approved: _____   Denied: _____Release Ordered:

PRINTED NAME: _____   SIGNATURE: _____   TITLE:

Inmate copy delivered by (print): Eaves

Signature: _____     Title: Cpl     Time/Date Served : 5:32am 9-6-18